JAMES W. FOSTER v. BARBARA DANIEL FOSTER

No. 285PA88

(Filed 2 March 1989)

ON discretionary review of the decision of the Court of Appeals, 90 N.C. App. 265, 368 S.E. 2d 26 (1988), affirming the judgment entered by *Fuller, J.,* in District Court, DAVIE County, on 16 September 1987. Heard in the Supreme Court 13 February 1989.

*Petree, Stockton & Robinson, by Kenneth S. Broun, Lynn P. Burleson and Barbara E. Brady, for the plaintiff-appellee.*

*Martin and Van Hoy, by Henry P. Van Hoy, II and G. Wilson Martin, Jr., for the defendant-appellant.*

PER CURIAM.

Discretionary review improvidently allowed.